United States District Court
Southern District of Texas
**FILED**

**MAY 05 2021**

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Criminal No.   M-20-2139-Sl |
| JESUS MANUEL CASTILLO, JR. § § | |
| AGUSTIN CASTILLO § § | |

## SEALED SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

From on or about June 16, 2020, to on or about November 10, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JESUS MANUEL CASTILLO, JR.**
**and**
**AGUSTIN CASTILLO**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methampetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about June 16, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JESUS MANUEL CASTILLO, JR.**
**and**
**AGUSTIN CASTILLO**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 1 kilogram of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(l) and 841(b)(l)(A) and Title 18, United States Code, Section 2.

### Count Three

On or about October 15, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JESUS MANUEL CASTILLO, JR.**
**and**
**AGUSTIN CASTILLO**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 1 kilogram of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(l) and 841(b)(l)(A) and Title 18, United States Code, Section 2.

### Count Four

On or about November 10, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JESUS MANUEL CASTILLO, JR.**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The

controlled substance involved was less than 500 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(l), and 841(b)(l)(C).

## Count Five

On or about November 10, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JESUS MANUEL CASTILLO, JR.**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was less than 500 grams, that is, approximately 498 grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(l) and 841(b)(l)(C) and Title 18, United States Code, Section 2.

A TRUE BILL

FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY


ED STATES ATTORNEY